IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LYNN YOUNG**                                                                  **PLAINTIFF**

V.                               **CASE NO. 3:23CV240 JM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                              **DEFENDANT**

## ORDER

On June 18, 2024, the Court ordered Plaintiff to respond to Defendant's motion to dismiss by July 7, 2024. Plaintiff was warned that failure to do so may result in dismissal of the case. Pursuant to Rule 41(b), the Court finds that the case must be involuntarily dismissed without prejudice for failure to follow the Court's Order and for failure to prosecute. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 82 S.Ct. 1386 (1962).

The Clerk is directed to close the case. All pending motions are terminated.

IT IS SO ORDERED this 8th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE