IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LYNN YOUNG**  **PLAINTIFF**

V.  **CASE NO. 3:23CV240 JM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **DEFENDANT**

## JUDGMENT

Based upon the Order entered today, Plaintiff's claim against Defendant is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of July, 2024.

_____
James M. Moody Jr.
United States District Judge